No. 04–9787. BLOUNT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9797. HOBEREK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9810. MARTIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9811. JAMES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9816. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9831. STAPLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9833. BURTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–9834. ADEMAJ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–9835. BARBOSA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–9846. WHAB v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–9852. WELLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–872. KUCERA ET AL. v. BRADBURY, SECRETARY OF STATE OF OREGON, ET AL. Sup. Ct. Ore. Certiorari denied. JUSTICE BREYER would grant the petition for writ of certiorari.

No. 04–1282. TIEN FU HSU ET AL. v. COUNTY OF CLARK, NEVADA. Sup. Ct. Nev. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–1283. FINCH v. GALAWAY, ADMINISTRATOR, ON BEHALF OF ESTATE OF GALAWAY. C. A. 5th Cir. Motion of Guardian Life Insurance Company of America for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.